# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES PIAZZA and EVELYN PIAZZA,<br><br>Plaintiffs,<br><br>v.<br><br>BRENDAN YOUNG, DANIEL CASEY, BRAXTON BECKER, MICHAEL BONATUCCI, RYAN BURKE, JERRY COYNE, GARY DIBILEO, JR., JOSEPH EMS, CASEY FUNK, EDWARD JAMES GILMARTIN, III, CRAIG HEIMER, JONATHAN KANZLER, LARS KENYON, NICHOLAS KUBERA, JOSHUA KURCZEWSKI, JONATHAN MARTINES, ADAM MENGDEN, JOSHUA MONCKTON, JONAH NEUMAN, AIDAN O'BRIEN, DONALD PRIOR, MATTHEW REINMUND, LUCAS ROCKWELL, JOSEPH SALA, MICHAEL ANGELO SCHIAVONE, BOHAN SONG, LUKE VISSER, PARKER YOCHIM, and ST. MORITZ SECURITY SERVICES, INC.<br><br>Defendants. | No. 4:19-CV-00180<br><br>(Judge Brann) |

## **ORDER**

**AND NOW**, this 19th day of November 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Edward James Gilmartin, III's Motion to Dismiss, September 26, 2019, ECF No. 241 is **DENIED**.

2. Defendant Jonathan Martines' Motion to Dismiss, September 27, 2019, ECF No. 244 is granted. Count III (negligence after Timothy Piazza's fall) is dismissed with prejudice with respect to Defendant Martines.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge