IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES PIAZZA, *et al.*, | No. 4:19-CV-00180 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| BRENDAN YOUNG, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 6th day of November 2020, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Mengden's motion to quash is **GRANTED**.

2. Defendant Yochim's motion for joinder is **GRANTED**.

3. Letters from other Defendants joining in Mengden's motion to quash are noted.

4. The subpoena at issue is hereby quashed.

5. Plaintiffs are instructed to prepare a new subpoena in compliance with the accompanying memorandum opinion.

6. In order to attempt to avoid further discovery disputes and delay of this sort, the parties shall adhere to the following procedure:

    a. Before serving the new subpoena on the OAG, Plaintiffs shall, no later than November 16, 2020, provide a copy of the subpoena to Defendants.

    b.    Defendants shall then have until November 30, 2020 to file a **single, joint letter** with the Court, if Defendants believe that the subpoena requests information precluded by the Court's ruling, as outlined in the accompanying memorandum opinion. Again, any objections by Defendants are to be filed in a single, joint letter, specifying which Defendants join in the objections.

    c.    Before Defendants file any letter with the Court, the parties shall meet and confer in an effort to resolve any perceived non-compliance with this Court's holding.

    d.    Should Defendants file any timely objections, Plaintiffs shall have until December 7, 2020 to respond via letter filed with the Court. The Court will then issue a ruling on any objections regarding the compliance of the subpoena with the Court's holding before the subpoena is served on the OAG.

    e.    Should Defendants not file any objections to the proposed subpoena by the November 30, 2020 deadline, Plaintiffs may serve the subpoena on December 1, 2020, without further delay.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge