# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES PIAZZA, *et al.*, | No. 4:19-CV-00180 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| BRENDAN YOUNG, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 2nd day of June 2021, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to quash (Doc. 550 and Doc. 582) are **GRANTED**.

2. Plaintiffs' motion to compel discovery (Doc. 585) is **GRANTED**.

    a. Joshua Kurczewski and Alpha Upsilon shall produce the relevant discovery within 30 days.

    b. Mr. Kurczewski and Alpha Upsilon will identify any discovery produced pursuant to the accompanying Memorandum Opinion as confidential by placing a legend on each page of the document that reads "Confidential – Subject to Protective Order." Any non-document file will be identified through similar appropriate means to be determined by Mr. Kurczewski and/or Alpha Upsilon.

c. Any Party that receives any document or file marked as confidential may use such document or file only for the purposes of this litigation and may not disclose the document publicly or to any third party other than expert witnesses or other individuals employed specifically for the purposes of this litigation.

    i. Any third party to receive such document or file will sign a confidentiality agreement to ensure that the document or file is not disseminated further.

d. If and when a Party wishes to file a document or file identified as confidential pursuant to this Order (whether in support of a motion or otherwise), that Party shall file such document or file under seal.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge