IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES PIAZZA, *et al.*, | No. 4:19-CV-00180 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| BRENDAN YOUNG, *et al.*, | |
| Defendants. | |

## ORDER

### OCTOBER 14, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Defendants' Motion for a Protective Order (Doc. 661) is **GRANTED**. For all depositions conducted in this case, the deposition transcripts, exhibits attached to the deposition transcripts, and the video and audio recordings of the depositions shall be deemed confidential; these documents and files cannot be disseminated or used outside of this litigation.

On October 11, 2022, Defendant Young requested permission to file a supplemental brief in support of the Motion for a Protective Order (Doc. 688). Upon further review, the Court concludes that supplemental briefing on this Motion is unnecessary. As the Court grants the Defendants' Motion for Protective Order, Young's Motion to Supplement the Motion for a Protective Order is **DENIED AS MOOT**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge