IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES PIAZZA and EVELYN PIAZZA, Individually and as Administrators of the ESTATE of TIMOTHY J. PIAZZA, DECEASED<br><br>Plaintiffs,<br><br>v.<br><br>BRENDAN YOUNG, ET AL.<br><br>Defendants. | Civil Action # 4:19-CV-00180-MWB |

## ORDER

**AND NOW**, this 21st day of November 2022, upon consideration of Plaintiffs' Unopposed Motion to Amend the Protective Order Dated October 14, 2022 [Doc. 692], **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**.

It is **FURTHER ORDERED** that the protective Order Dated October 14, 2022 is amended as follows:

- The deposition transcripts of Joseph Sala and Joshua Kurczewski, only, may be disseminated to counsel for Erie Insurance Exchange, only, in the civil action docketed at *Erie Ins. Exch. v. Sala*, Docket No. 2020-0570.

- The deposition transcripts of Joseph Sala and Joshua Kurczewski remain confidential; these documents shall not be used for any purposes other than the evaluation of the claims in this litigation and shall not be disseminated by counsel for Erie Insurance Exchange.

BY THE COURT:

*s/ Matthew W. Brann*
_____
Matthew W. Brann
Chief United States District Judge