IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES PIAZZA, *et al.*, | No. 4:19-CV-00180 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| BRENDAN YOUNG, *et al.*, | |
| Defendants. | |

## ORDER

### FEBRUARY 14, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Plaintiffs' motion to lift stay of discovery imposed as to Defendants Young and Casey (Doc. 689) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge