IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES PIAZZA, *et al.*, | No. 4:19-CV-00180 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| BRENDAN YOUNG, *et al.*, | |
| Defendants. | |

## ORDER

**MARCH 1, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Brendan Young's Motion to Compel (Docs. 749, 775) is **DENIED** pending *in camera* review of the relevant documents.

2. Kline & Specter, PC, counsel for Plaintiffs James and Evelyn Piazza, shall provide to the Court, ideally by close of business March 5, 2024 but in all cases no later than close of business March 8, 2024, for *in camera* review any written statements provided by Defendants who

have entered into settlement agreements with the Piazzas as described in Young's February 7, 2024 letter to the Court.[1]

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Documents must be mailed to the attention of Janel Rhinehart, Deputy Clerk, U.S. District Court of Pennsylvania, U.S. Courthouse and Federal Building, 240 West Third Street, Suite 218, Williamsport, PA 17701.