# N THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES PIAZZA, *et al.*, | No. 4:19-CV-00180 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| BRENDAN YOUNG, *et al.*, | |
| Defendants. | |

## ORDER

### MARCH 26, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Third-Party Defendant The Pennsylvania State University Interfraternity Council's Motion to Dismiss (Doc. 751) is **GRANTED IN PART and DENIED IN PART**.

2. The Motion is **GRANTED** as to Defendant and Third-Party Plaintiff St. Moritz Security Services' Count V breach of contract claim regarding the IFC's refusal to defend St. Moritz from liability in this suit and **DENIED** in all other respects.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge